IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE LEE WOLFE, | No. CIV S-09-1946-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| PURCELL, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a complete application to proceed in forma pauperis, along with a *certified* copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2).[1]  Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

---

[1] The copy of Plaintiff's trust account statement provided to the court is not a certified copy as required.

1

1  See Local Rule 11-110.

2              Accordingly, IT IS HEREBY ORDERED that:

3       1.    Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required *certified* copy of his trust account statement, or the appropriate filing fee; and

7       2.    The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 6, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE